

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jace Martin Laws, Appellant

No. 06-19-00221-CR        v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 48,106-A).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess, participating.  Dissenting Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Jace Martin Laws, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 14, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk